**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000728
17-JUN-2026
08:39 AM
Dkt. 37 OAWST**

NO. CAAP-24-0000728


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


THIRTYONE50 MANAGEMENT LLC, Plaintiff-Appellee,
v.
BILL K. KEKAWA; VALILA AUELUA, Defendants-Appellants,
and
JOHN AND JANE DOES 1-10; DOE CORPORATIONS 1-10;
DOE PARTNERSHIPS 1-10; DOE GOVERNMENT ENTITIES 1-10,
Defendants.


APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
NORTH AND SOUTH KONA DIVISION
(CASE NO. 3DRC-24-0000444)


<u>ORDER AND ORDER APPROVING STIPULATION TO DISMISS APPEAL</u>
(By: Nakasone, Chief Judge, Wadsworth and Gluck, JJ.)

Upon consideration of Defendants-Appellants Bill K. Kekawa and Valila Auelua's (together, **Appellants**) May 12, 2026 Joint Stipulation and Settlement, which the court construes as a stipulation to dismiss the appeal under Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 42(a), Kirsha K.M. Durante's (**Durante**) June 1, 2026 Motion to Withdraw as Counsel, the respective papers in support, and the record, it appears as follows: (1) the appeal has not yet been docketed; (2) the

parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs; (3) the stipulation is dated and signed by counsel for all parties; (4) dismissal is authorized by HRAP Rule 42(a); (5) Durante seeks to withdraw as counsel for Appellants under HRAP Rule 50, and for Henderson K. Huihui to remain as counsel; and (6) Durante has indicated Appellants were informed of the request to withdraw as counsel.

Therefore, IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel is granted. The appellate clerk shall end Kirsha K.M. Durante as a party to this appeal in the Judiciary Information Management System.

IT IS FURTHER ORDERED that the Joint Stipulation and Settlement, construed as a stipulation to dismiss the appeal, is approved, and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawai'i, June 17, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Daniel M. Gluck
Associate Judge